## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:                                    )        CHAPTER 13
                                          )        CASE NO: **11-53102**
**STACEY R MCGINNIS**                     )
                                          )        ALAN M. KOSCHIK
                              Debtor(s)    )        BANKRUPTCY JUDGE
                                          )
                                          )        TRANSMITTAL OF UNCLAIMED
                                          )        FUNDS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1.  In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **US DEPARTMENT OF EDUCATION**
    **Check 185791**
    **Claim #06-1**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2.  The Chapter 13 Trustee is hereby enclosing a check in the amount of **$13.32** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date:  **12/7/2016**


Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**STACEY R MCGINNIS**
**823 FESS AVENUE**
**AKRON, OH 44307**
**(Via Regular Mail)**


**RYAN J GERACE (via ECF)**

**US DEPARTMENT OF EDUCATION**
**PAYMENT CENTER**
**PO BOX 530260**
**ATLANTA, GA 30353-0260**
**(via Regular Mail)**

Date of Service: **12/7/2016**          By: **Natalie Everly**
                                        Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072